

# COURT OF APPEALS
# EIGHTH DISTRICT OF TEXAS
# EL PASO, TEXAS

---

No. 08-24-00257-CR

---

The State of Texas, Appellant

v.

Angelo Gomez, Appellee

---

On Appeal from the County Court at Law No 7
El Paso County, Texas
Trial Court No. 20240C02876

---

## JUDGMENT

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. This decision shall be certified below for observance.

IT IS SO ORDERED this 8th day of September 2025.

PER CURIAM

Before Palafox, J., Soto, J., and Barajas, C.J. (Ret.)
Barajas, C.J. (Ret.) (sitting by assignment)